Form 8
(10/05)

# United States Bankruptcy Court
**Middle District of North Carolina (NC Exemptions)**

In re  **Tanisha L. Robertson**                                       Case No.  **07-80893**
                          Debtor(s)                                    Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Automobile<br>2000 Honda Accord<br>VIN: 1HGCG6686YA070182<br>Insurance Policy: Progressive - 11917529-4<br>Mileage:125,0000** | **Westlake Financial Services** | **X** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                                       Best Case Bankruptcy

Form 8 Cont.
(10/05)

In re **Tanisha L. Robertson**                                                    Case No.    **07-80893**
                                Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date **September 3, 2010**                 Signature  **/s/ Tanisha L. Robertson**
                                                     **Tanisha L. Robertson**
                                                     Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                              Best Case Bankruptcy